NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

DENZEL ANDREW ANTHONY HIGDON,  )
DOC #S40263,                                               )
                                                                        )
                        Appellant,                          )
                                                                        )
v.                                                                      )            Case Nos. 2D17-2403
                                                                        )                             2D17-2406
STATE OF FLORIDA,                                   )                             2D17-2410
                                                                        )                             2D17-2412
                        Appellee.                            )            CONSOLIDATED
_____  )

Opinion filed April 4, 2018.

Appeal from the Circuit Court for Sarasota
County; Thomas Krug, Judge.

Howard L. "Rex" Dimmig, II, Public Defender,
and Richard P. Albertine, Jr., Assistant Public
Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and John M. Klawikofsky,
Assistant Attorney General, Tampa, for
Appellee.

PER CURIAM.

                        Affirmed.

VILLANTI, MORRIS, and BADALAMENTI, JJ., Concur.